UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES LENORDA POWELL,

          Petitioner,

  v.

STATE OF WASHINGTON,

          Respondent.

Case No. C22-424 TSZ

ORDER DISMISSING ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, docket no. 8, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, to which no objections were filed, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation, docket no. 11, is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus, and this action, are DISMISSED with prejudice for lack of jurisdiction.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

//

//

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 23rd day of August, 2022.

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2